16 So.3d 875 (2009)
Carl LEGGETT, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-2686.
District Court of Appeal of Florida, Third District.
June 24, 2009.
Rehearing Denied August 11, 2009.
Carl Leggett, in proper person.
Bill McCollum, Attorney General, and Heidi Milan Caballero, Assistant Attorney General, for appellee.
Before GERSTEN, C.J., and COPE and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).